Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000509
03-JAN-2014
10:32 AM

NO. CAAP-12-0000509

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HORIZON HOME LOAN CORPORATION aka FIRST HORIZON HOME LOAN,
a Division of Tennessee Bank National Association,
Plaintiff/Counterclaim-Defendant/Appellee
v.
WILMER GALIZA and FLORDELIZA TAPAT GALIZA,
Defendants/Counterclaim-Plaintiffs/Appellants,
and
DOE DEFENDANTS 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0629(2))

ORDER GRANTING THE DECEMBER 27, 2013 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of the "Motion for Reconsideration

of December 17, 2013 Order Dismissing Appeal Pursuant to HRAP

Rule 30", filed December 27, 2013, by Defendants/Counterclaimants/

Appellants Wilmer D. Galiza and Flordeliza Tapat Galiza

(Appellants), the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and this court's December 17, 2013 Order Dismissing Appeal Pursuant to HRAP Rule 30 is vacated. Appellants shall file their opening brief on or before January 31, 2014.

DATED: Honolulu, Hawai'i, January 3, 2014.


Chief Judge


Associate Judge


Associate Judge